UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PETROSYAN,<br><br>            Plaintiff,<br><br>       v.<br><br>A. HEDGPETH, et al.,<br><br>            Defendants. | CASE NO. 1:09-cv-00593-AWI-GBC (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION<br><br>(ECF No. 27)<br><br>PLAINTIFF'S RESPONSE DUE BY 8/1/2011 |

**ORDER**

On May 19, 2011, Defendants filed a Motion to Dismiss. (ECF No. 27.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so.  Local Rule 78-230(l).

Accordingly, not later than **August 1, 2011**, Plaintiff must file an opposition or a statement of non-opposition to Defendants' Motion to Dismiss.  If Plaintiff fails to comply with this Order, this action will be dismissed for failure to obey the Court's Order and failure to prosecute.

IT IS SO ORDERED.

Dated:   July 1, 2011

UNITED STATES MAGISTRATE JUDGE

1