# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PETROSYAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. HEDGPETH, et al,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | CASE NO. 1:09-cv-00593-AWI-GBC (PC)<br><br>ORDER STRIKING MOTION AS UNSIGNED<br><br>Doc. 42 |

　　　Plaintiff is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion requesting referring case to prisoner settlement program, received October 17, 2012. Doc. 42.

　　　Plaintiff's motion is unsigned. The Court must strike unsigned filings. Fed. R. Civ. P. 11(a). Accordingly, it is HEREBY ORDERED that Plaintiff's motion, received October 17, 2012, is STRICKEN and will not be considered by the Court.

IT IS SO ORDERED.

Dated:　October 22, 2012

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE