# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PETROSYAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALI, et al.,<br><br>　　　　　Defendants. | 1:09cv0593 AWI DLB PC<br><br>ORDER DENYING MOTION TO SET A SETTLEMENT CONFERENCE WITHOUT PREJUDICE<br><br>(Document 44) |

Plaintiff Arthur Petrosyan is proceeding with counsel in this civil rights action.[1]

On November 8, 2012, Plaintiff filed a motion requesting that the matter be set for a settlement conference. However, the motion was filed while Plaintiff was proceeding pro se.

Accordingly, because Plaintiff now has counsel, the Court DENIES the motion without prejudice.

IT IS SO ORDERED.

　Dated:　**January 8, 2013**　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel filed a Notice of Appearance on December 26, 2012.

1