# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PETROSYAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALI, et al.,<br><br>　　　　Defendants. | 1:09cv0593 AWI DLB PC<br><br>ORDER GRANTING STIPULATION<br>TO EXTEND DEADLINES<br>(Document 46)<br><br>ORDER SETTING PRE-TRIAL<br>CONFERENCE AND TRIAL<br><br>**Pre-Trial Conference:** November 13, 2013, at 8:30 a.m., in Courtroom 2<br><br>**Jury Trial:** January 8, 2014, at 8:30 a.m., in Courtroom 2 |

　　　Plaintiff Arthur Petrosyan is proceeding with counsel in this civil rights action.

　　　On December 27, 2012, the parties filed a stipulation to extend the discovery deadline and the dispositive motion deadline set by the May 15, 2012, Discovery and Scheduling Order. The parties' stipulation is GRANTED. The discovery cut-off is extended to **July 15, 2013**. Dispositive motions shall be filed by **September 25, 2013.**

　　　Given that Plaintiff is now represented, the Court sets a pre-trial conference before the Honorable Anthony W. Ishii on **November 13, 2013, at 8:30 a.m.,** in Courtroom 2. The matter is set for jury trial on **January 8, 2014, 8:30 a.m.,** in Courtroom 2.

IT IS SO ORDERED.

　　Dated:   **January 8, 2013**　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1