# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| ARTHUR PETROSYAN, | Case No. 09-CV-00593-AWI-DLB |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO SET DEADLINE FOR FILING UNENUMERATED RULE 12(B) MOTION BASED ON FAILURE TO EXHAUST** |
| vs. | |
| ALI, ZAMORA, GRANNIS, AND YOUSSEF, | |
| Defendants. | Magistrate Judge: Hon. Dennis L. Beck |

GOOD CAUSE having been shown, this Court hereby grants the joint stipulation to reset the deadline in this case by which Defendants can file an unenumerated Rule 12(b) motion based on failure to exhaust administrative remedies.

Accordingly, the deadline for Defendants to file any unenumerated Rule 12(b) motion is reset to February 19, 2013.

IT IS SO ORDERED.

Dated: **January 30, 2013**         /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE