# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PETROSYAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALI, et al.,<br><br>　　　　　　Defendants. | 1:09cv0593 AWI DLB PC<br><br>ORDER REGARDING CALENDARING<br>OF MOTION TO DISMISS<br><br>(Document 52) |

　　　Plaintiff Arthur Petrosyan is proceeding with counsel in this civil rights action.[1]

　　　On February 19, 2013, Defendants filed a Motion to Dismiss the action, but did set a hearing date. As Plaintiff is represented by counsel, Local Rule 230(l) does not apply and the motion must be set before the assigned District Court Judge.

　　　However, the parties may stipulate to have the matter submitted upon the briefs and waive oral argument pursuant to Local Rule 230(g).

　　　Accordingly, within fifteen (15) days, the parties SHALL either submit a stipulation to waive oral argument OR set the motion to be heard before the District Court Judge.

IT IS SO ORDERED.

　　Dated:　__February 25, 2013__　　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel filed a Notice of Appearance on December 26, 2012.

1