# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PETROSYAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALI, et al.,<br><br>　　　　　Defendants. | 1:09cv0593 AWI DLB PC<br><br>ORDER GRANTING JOINT STIPULATION TO STAY DEFENDANTS' MOTION TO DISMISS<br><br>(Document 54) |

　　　Plaintiff Arthur Petrosyan is proceeding with counsel in this civil rights action.[1]

　　　On February 19, 2013, Defendants filed an unenumerated Rule 12(b) motion on the grounds that Plaintiff failed to exhaust his administrative remedies. On March 12, 2013, the parties submitted a joint stipulation to stay the motion pending resolution of a discovery dispute relating to the deposition of L. D. Zamora, the Chief of Third Level Appeals. The parties believe that they may be able to resolve the dispute without Court intervention, but need additional time to do so.

　　　Therefore, pursuant to the parties' stipulation, Defendants' February 19, 2013, Motion to Dismiss is STAYED. The dates in the January 8, 2013, order remain in effect.

IT IS SO ORDERED.

　　Dated: __**March 15, 2013**__　　　　　　　　　／s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel filed a Notice of Appearance on December 26, 2012.

1