# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PETROSYAN,<br><br>    Plaintiff,<br><br>  v.<br><br>ALI, et al.,<br><br>    Defendants. | 1:09cv0593 AWI DLB PC<br><br>ORDER DIRECTING PARTIES TO SUBMIT A JOINT STATUS REPORT WITHIN TWENTY DAYS |

Plaintiff Arthur Petrosyan is proceeding with counsel in this civil rights action.

On February 19, 2013, Defendants filed an unenumerated Rule 12(b) motion on the grounds that Plaintiff failed to exhaust his administrative remedies. On March 12, 2013, the parties submitted a joint stipulation to stay the motion pending resolution of a discovery dispute relating to the deposition of L. D. Zamora, the Chief of Third Level Appeals. The parties believed that they could resolve the dispute without Court intervention, but need additional time to do so.

On March 18, 2013, the Court granted the parties' stipulation and stayed Defendants' Motion to Dismiss. The dates in the January 8, 2013, order remained in effect.

To avoid unnecessary delay in the prosecution of this action, the parties are ORDERED to file a joint status report within twenty (20) days of the date of service of this order.

IT IS SO ORDERED.

  Dated:   **May 3, 2013**                         /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE

1