1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

ARTHUR PETROSYAN,

          Plaintiff,

   v.

ALI, et al.,

          Defendants.

1:09cv0593 AWI DLB PC

ORDER DIRECTING PARTIES TO
SUBMIT A JOINT STATUS REPORT
WITHIN FOURTEEN DAYS

Plaintiff Arthur Petrosyan is proceeding with counsel in this civil rights action.

On February 19, 2013, Defendants filed an unenumerated Rule 12(b) motion on the grounds that Plaintiff failed to exhaust his administrative remedies.  On March 12, 2013, the parties submitted a joint stipulation to stay the motion pending resolution of a discovery dispute relating to the deposition of L. D. Zamora, the Chief of Third Level Appeals.  The parties believed that they could resolve the dispute without Court intervention, but need additional time to do so.

On March 18, 2013, the Court granted the parties' stipulation and stayed Defendants' Motion to Dismiss.  The dates in the January 8, 2013, order remained in effect.

Pursuant to Court order, the parties filed a joint status report on May 28, 2013.  Defendants have filed and served declarations in support of their motion to dismiss.  Plaintiff's counsel requests two weeks to review the declarations to determine if the discovery dispute has been resolved.

Accordingly, the parties are ORDERED to file a joint status report within fourteen (14) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **May 29, 2013**                              /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE

2