# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PETROSYAN,<br><br>      Plaintiff,<br><br>    v.<br><br>HEDGPETH, et al.,<br><br>      Defendants. | Case No.: 1:09cv00593 AWI DLB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO REDESIGNATE ACTION AS A REGULAR CIVIL ACTION<br><br>ORDER REASSIGNING ACTION |

      Plaintiff Arthur Petrosyan is proceeding with counsel in this civil rights action. The Court finds that administratively redesignating this action as a regular civil action will best serve the parties. Given that Magistrate Judge Beck is on recall status and no longer handles regular civil actions, it will also be necessary to assign a new Magistrate Judge.

      Accordingly, the Clerk of Court is DIRECTED to REDESIGNATE this action as a regular civil action and REASSIGN the action to Magistrate Judge Jennifer L. Thurston.

1 | The new case number shall be **1:09cv00593 AWI JLT**.  This case number shall be used on all
2 | future pleadings.

6 | IT IS SO ORDERED.

Dated:   **June 20, 2013**                                          /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE