UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR PETROSYAN, | ) | Case No.: 1:09-cv-00593 AWI JLT |
| Plaintiff, | ) ) ) | ORDER AUTHORIZING APPEARANCE VIA COURTCALL |
| v. | ) | |
| HEDGPETH, et al., | ) ) | (Doc. 75) |
| Defendants. | ) ) ) | |

On August 23, 2013, the Court is due to hear arguments on Defendants' motion to dismiss. (Doc. 68) On August 19, 2013, counsel for Defendants requested to be allowed to appear telephonically at that hearing. (Doc. 75)

To preserve resources, the Court **GRANTS** the request. All counsel are authorized to appear at the hearing on the motion to dismiss via CourtCall.

IT IS SO ORDERED.

Dated: **August 20, 2013**       /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1