UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PETROSYAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALI, et al.,<br><br>　　　　Defendants. | Case No.: 1:09-cv-00593 – AWI – JLT (PC)<br><br>**ORDER DIRECTING DEFENDANTS TO FILE A SUBSTANTIVE REPLY TO PLAINTIFF'S OBJECTIONS**<br><br>(Doc. 79) |

On February 19, 2013, Defendants Ali, Grannis, Youssef, and Zamora (collectively "Defendants") filed their motion to dismiss pursuant to Fed.R.Civ.P. 12(b), which the Court subsequently referred to the Magistrate Judge. (Docs. 52, 66). Plaintiff opposed on the motion to dismiss and presented a number of evidentiary objections on August 2, 2013. (Doc. 71). The Magistrate Judge issued a Findings and Recommendation granting Defendants' motion to dismiss to which the Plaintiff now objects. (Docs. 78, 79).

In his objections to the Findings and Recommendations, Plaintiff argues he was not required to appeal the Director's Level rejection or cancellation of Institution Log No. KVSP-O-07-02123 given the state of the law in March 2008. (Doc. 79 at 3-4). He further notes that Defendants failed to define what constitutes a "final decision" at the Director's Level. Id. Indeed, a review of the pleadings indicates that Defendants failed to provide any statutory authority to demonstrate that Plaintiff was explicitly required to appeal the cancellation or rejection of Log No. KVSP-O-07-02123 at the Third

1

Level in 2008 or 2009.  Furthermore, Defendants fail to indicate whether Log No. KVSP-O-07-02123 was timely appealed from the Second Level to the Third Level.

**ORDER**

Accordingly, it is **HEREBY ORDERED** that:

1. Defendants **SHALL FILE** a substantive response to Plaintiff's Objections (Doc. 79) on or before Monday, September 23, 2013;

2. In their response, Defendants **SHALL SET FORTH** the California statutory law as it existed in March 2008 as it relates to whether Plaintiff was required to appeal a cancellation or screen-out decision made *at the Director's Level*;

3. In their response, Defendants **SHALL INDICATE** what appealable remedies were available to Plaintiff, if any, in 2008 and 2009 following the cancellation of his appeal at the Third Level; and

4. Defendants **SHALL STATE** whether they allege that Log No. KVSP-O-07-02123 was untimely appealed from the Second Level to the Director's Level.

IT IS SO ORDERED.

Dated:    **September 16, 2013**           **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE