UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PETROSYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ALI, ZAMORA, GRANNIS, AND YOUSSEF,<br><br>    Defendants. | Case No.  09-CV-00593-AWI-JLT<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL REGARDING DEFENDANTS M.ALI, S. ZAMORA AND N. GRANNIS**<br><br>Magistrate Judge:   Hon. Jennifer L. Thurston |

PURSUANT TO THE PARTIES' JOINT STIPULATION, this Court hereby grants the joint stipulation to dismiss defendants M. ALI, S. ZAMORA, AND N. GRANNIS from this action with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated:   May 30, 2014                              _____
                                                                    SENIOR  DISTRICT  JUDGE