UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PETROSYAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALI, ZAMORA, GRANNIS, AND YOUSSEF,<br><br>　　　　Defendants. | Case No. 09-CV-00593-AWI-JLT<br><br>**ORDER GRANTING JOINT STIPULATION PERMITTING DEPOSITIONS OF DEFENDANTS N. GRANNIS, S. ZAMORA AND M. ALI FOLLOWING THEIR DISMISSAL IN EVENT DEFENDANT A. YOUSSEF RAISES ISSUE OF EXHAUSTION IN HIS MOTION FOR SUMMARY JUDGMENT**<br><br>(Doc. 100) |

PURSUANT TO THE PARTIES' JOINT STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants the parties joint stipulation regarding the completion of defendants N. Grannis, S. Zamora and M. Ali's depositions.

Plaintiff shall have 30 days to take the depositions of defendants N. Grannis, S. Zamora and M. Ali from the filing of defendant A. Youssef's motion for summary judgment in the event defendants N. Grannis, S. Zamora and M. Ali have been dismissed from this action and defendant A. Youssef raises the issue of exhaustion in the motion for summary judgment

**However, in no event will the need to take these depositions be permitted**

**to impact the deadlines related to the dispositive motion or any other deadlines set forth in the scheduling order.**

IT IS SO ORDERED.

Dated:  **June 2, 2014**                              /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE