# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PETROSYAN,<br><br>        Plaintiff,<br><br>   v.<br><br>ALI, ZAMORA, GRANNIS, AND YOUSSEF,<br><br>        Defendants. | Case No. 09-CV-00593-AWI-JLT<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL** |

PURSUANT TO THE PARTIES' JOINT STIPULATION, this Court hereby grants the joint stipulation to dismiss this entire action with prejudice, each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  July 30, 2014                    _____
                                                              SENIOR DISTRICT JUDGE